JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA ORTIZ, ) <br>          Plaintiff, ) <br>     v. ) <br> RECONTRUST COMPANY; ) <br> COUNTRYWIDE HOME LOANS, ) <br> INC. dba COUNTRYWIDE ) <br> BANK, N.A.; EXPANDED ) <br> MORTGAGE CREDIT; and ) <br> DOES 1-250, inclusive, ) <br>          Defendants. ) <br> _____ ) | Case No. EDCV 08-1528-VAP (SSx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 19, 2009

                                                  VIRGINIA A. PHILLIPS <br>
                                       United States District Judge